UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

United States of America,          )     Case No. CR 3-12-71211 MAG
                                   )
        *Plaintiff,*               )     STIPULATED ORDER EXCLUDING TIME
    v.                             )     UNDER THE SPEEDY TRIAL ACT
                                   )
                                   )     **FILED**
Henry McCusker                     )     NOV 14 2012
        *Defendant.*               )     RICHARD W. WIEKING
                                   )     CLERK, U.S. DISTRICT COURT
                                         NORTHERN DISTRICT OF CALIFORNIA

For the reasons stated by the parties on the record on **Nov. 14**, 2012, the Court excludes time under the
Speedy Trial Act from **Nov. 14**, 2012 to **Nov. 26**, 2012 and finds that the ends of justice served
by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §
3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

_____ Failure to grant a continuance would be likely to result in a miscarriage of justice.
      *See* 18 U.S.C. § 3161(h)(7)(B)(i).

_____ The case is so unusual or so complex, due to *[check applicable reasons]* _____ the number of
      defendants, _____ the nature of the prosecution, or _____ the existence of novel questions of fact
      or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial
      itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

_____ Failure to grant a continuance would deny the defendant reasonable time to obtain counsel,
      taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_____ Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given
      counsel's other scheduled case commitments, taking into account the exercise of due diligence.
      *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

__✓__ Failure to grant a continuance would unreasonably deny the defendant the reasonable time
      necessary for effective preparation, taking into account the exercise of due diligence.
      *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: _11/14/12_                          _____
                                           LAUREL BEELER
                                           United States Magistrate Judge

STIPULATED: _____        _____
            Attorney for Defendant         Assistant United States Attorney