UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

United States of America,               )        Case No. CR _12 - mj - 71211_
                                        )
                    Plaintiff,          )        STIPULATED ORDER EXCLUDING TIME
        v.                              )        UNDER THE SPEEDY TRIAL ACT **FILED**
                                        )
_Henry McCusker_                        )                      NOV 26 2012
                                        )
                    Defendant.          )        RICHARD W. WIEKING
                                        )        CLERK, U.S. DISTRICT COURT
                                                 NORTHERN DISTRICT OF CALIF.

For the reasons stated by the parties on the record on **_Nov. 26_** , 2012, the Court excludes time under the
Speedy Trial Act from **_Nov. 26_** , 2012 to **_Dec. 6_** , 2012 and finds that the ends of justice served
by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §
3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

_____   Failure to grant a continuance would be likely to result in a miscarriage of justice.
        *See* 18 U.S.C. § 3161(h)(7)(B)(i).

_____   The case is so unusual or so complex, due to *[check applicable reasons]* ____ the number of
        defendants, _____ the nature of the prosecution, or _____ the existence of novel questions of fact
        or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial
        itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

_____   Failure to grant a continuance would deny the defendant reasonable time to obtain counsel,
        taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_____   Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given
        counsel's other scheduled case commitments, taking into account the exercise of due diligence.
        *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

__✓__   Failure to grant a continuance would unreasonably deny the defendant the reasonable time
        necessary for effective preparation, taking into account the exercise of due diligence.
        *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**
DATED: _____                              _____
                                                  LAUREL BEELER
                                                  United States Magistrate Judge

STIPULATED: _____                      _____
            Attorney for Defendant                Assistant United States Attorney