ZENIA K. GILG, SBN 171922
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806

Attorney for Defendant
ERIN M. KELLER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-mj-71211-MAG |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER ADVANCING IDENTITY AND REMOVAL HEARING FOR DEFENDANT ERIN KELLER |
| v. | |
| ERIN M. KELLER, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE that the Identity and Removal Hearing presently set for December 7, 2012, shall be advance to December 6, 2012 at 9:30 a.m.

Respectfully submitted,

/S/FRANK RIEBLI              /S/ZENIA K. GILG
FRANK RIEBLI                 ZENIA K. GILG
Assistant U.S. Attorney      Attorney for Defendant
Dated: December 3, 2012      Dated: December 3, 2012

**IT IS SO ORDERED.**

Dated: December 5, 2012

LAUREL BEELER
Honorable Magistrate Judge
Northern District of California